# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| Patrick Brooks,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Pinnacle Financial Corporation; Mortgage Electronic Registration Systems, Inc.; GMAC Mortgage, LLC; Executive Trustee Services, LLC; Executive Trustee Services, LLC dba ETS Services LLC; ETS Services LLC; Cindy Sandoval; Bank Of New York Mellon Trust Company, National Association; Residential Asset Mortgage Products INC., Series 2006-RS1 Trust; DCB United LLC; Varougan Karapetian and Vincent Karapetian; Nanette Karapetian; and Does 1-12, Inclusive,<br><br>　　　　Defendants. | Case No. LA CV16-07711 JAK (AJWx)<br><br>**JUDGMENT**<br><br>JS-6 |

The motions of Defendants MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION, RESIDENTIAL ASSET MORTGAGE PRODUCTS INC., SERIES 2006-RS1 TRUST, DCB UNITED LLC, VAROUGAN KARAPETIAN, VINCENT KARAPETIAN, and NANETTE KARAPETIAN (collectively, "Defendants") to dismiss the Complaint of Plaintiff PATRICK BROOKS ("Plaintiff") pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim were granted with prejudice, and defendants GMAC MORTGAGE, LLC, EXECUTIVE TRUSTEE SERVICES, LLC, and ETS SERVICES, LLC were dismissed separately without objection by Plaintiff. Therefore,

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff shall recover nothing and that this action this case is dismissed with prejudice as to all defendants.

**IT IS SO ORDERED.**

Dated: December 1, 2017:

JOHN A. KRONSTADT
U.S. DISTRICT JUDGE